DAVID R. ISOLA, SBN #150311
e-mail: disola@isolalaw.com
DOYLE GRAHAM, SBN #217033
e-mail: fdgraham@isolalaw.com
**ISOLA LAW GROUP, LLP**
405 West Pine Street
Lodi, CA 95240
Tel: (209) 367-7055
Fax: (209) 367-7056

Attorneys for: Plaintiffs IGOR GANDZJUK, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR GANDZJUK, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN STORM, ET AL.,<br><br>Defendants. | Case No. 5:17-cv-04038-NC<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER FOR LIMITED CONTINUING JURISDICTION [FRCP 41(a)(2)] |
| AND RELATED CROSS-ACTIONS. | *Honorable Magistrate Nathanael Cousins* |

Plaintiffs/Counter-Defendants Igor Gandzjuk, Trustee of the George Gandzjuk and Kaleria Gandzjuk Trusts dated December 4, 1978; and Kaleria Gandzjuk and George Gandzjuk, individuals and through their successor in interest Igor Gandzjuk, and Defendants/Counterclaimants Susan Storm, Stosko Business Development, Inc., a California corporation, and the Estate of Joseph P. Storm, collectively the "Parties," hereby stipulate that all claims and counterclaims between them be dismissed with prejudice.

The Parties respectfully request that the Court maintain jurisdiction through July 15, 2018 for the sole purpose of enforcing the payment provisions of the Parties' settlement agreements.

Respectfully Submitted,

Dated: May 4, 2018                ISOLA LAW GROUP, LLP

By: /s/ David R. Isola
Counsel for Plaintiffs
Igor Gandzjuk, Trustee of the George Gandzjuk and Kaleria Gandzjuk Trusts dated December 4, 1978; and Kaleria Gandzjuk and George Gandzjuk, individuals and through their successor in interest Igor Gandzjuk

Dated: May 4, 2018                GREBEN & ASSOCIATES

By: /s/ Jan Greben
Counsel for Defendants
Susan Storm, Stosko Business Development, Inc., a California corporation, and the Estate of Joseph P. Storm

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, David R. Isola, am the ECF user whose ID and password are being used to file this pleading. In compliance with USDC N.D. Cal. Civ. L.R. 5(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

/s/ David R. Isola
David R. Isola

# [~~PROPOSED~~] ORDER

Based on the foregoing, the Court HEREBY ORDERS that all claims and counterclaims in this matter be dismissed with prejudice. The Court shall maintain jurisdiction through July 15, 2018 for the sole purpose of enforcing payment provisions in the Parties' settlement agreements.

**IT IS SO ORDERED.**

Date: May 4, 2018



_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

GRANTED
Judge Nathanael M. Cousins